**United States District Court**
For the Northern District of California

1

2

3 IN THE UNITED STATES DISTRICT COURT

4 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7 KENNETH ROGERS,                                    No. C 13-4049 NC (PR)

                    Plaintiff,                       **ORDER OF TRANSFER**

8              v.

9 GARY SWARTHOUT,

10                  Defendant.

11

12 _____/

13        Plaintiff Kenneth Rogers, a state prisoner currently incarcerated at California State

14 Prison – Solano ("CSP-Solano), has filed a civil rights action under 42 U.S.C. § 1983 seeking

15 to enjoin his transfer to Pleasant Valley State Prison ("PVSP").

16        The acts complained of in this complaint occurred at CSP-Solano, which is located in

17 Solano County in the Eastern District of California. Venue, therefore, properly lies in the

18 Eastern District and not in this one. See 28 U.S.C. § 1391(b).

19        Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action

20 is TRANSFERRED to the United States District Court for the Eastern District of California.

21 The Clerk of the Court shall transfer the case forthwith.

22

23        IT IS SO ORDERED.

24

25 DATED: September 4, 2013

   NATHANAEL M. COUSINS
   United States Magistrate Judge

26

27

28